IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INTERMED ASSOCIATES, INC., )
 )
       Plaintiff, )
 )
vs. ) No. 04 C 5681
 )
RAFAEL MALDONADO and ALL )
IMAGING DIAGNOSTIC CENTER, )
INC., )
 )
       Defendants. )

## MEMORANDUM OPINION AND ORDER

On December 16, 2004, we entered partial summary judgment for plaintiff in the amount of $90,780, concluding that defendants' liability for the period prior to March 2004, was not in material dispute. Plaintiff, on January 13, 2005, moved before Judge Shadur for entry of a final judgment in that amount pursuant to Federal Rule of Civil Procedure 54(d). He denied the motion, while expressing some frustration that he had to do so. Plaintiff now moves to vacate and reconsider that order. We deny the motion, while voicing our own frustration that we are required to do so.

Plaintiff has a claim for lease payments. We concluded that there was no material dispute about part of that claim – we do not need to hear evidence about that aspect – but that leaves the rest of the claim in dispute. The Seventh Circut has made it abundantly clear that a district court cannot enter a final and appealable judgment as to part of a claim. Deimer v. Cincinnati Sub-Zero Products, Inc., 990 F.2d 342 (7th Cir. 1993); Commonwealth Insurance Co. of New York v. O. Henry Tent & Awning Co., 266 F.2d 200 (7th Cir. 1959). *See also* Capitol Records, Inc. v. Progress Record Distributing, Inc., 106 F.R.D. 25 (N.D. Ill. 1985);

Bonda's Veevoederfabriek Provimi, B.V. v. Provimi, Inc., 425 F.Supp. 1034 (E.D. Wisc. 1977);

Wright & Miller, 10B Fed. Prac. & Pro. Civ. 3d §2737.

                                                                            JAMES B. MORAN
                                                         Senior Judge, U. S. District Court

April 12, 2005.